1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

| **FREDERICK D. KILMER,** | No. C 11-05560 YGR (PR) |
|---|---|
| Petitioner, | **ORDER GRANTING RESPONDENT'S REQUEST FOR EXTENSION OF TIME TO FILE ANSWER** |
| **v.** | |
| **MARION SPEARMAN, Acting Warden,** | |
| Respondent. | |

18        GOOD CAUSE APPEARING, the time in which Respondent may file an answer will be

19   extended *nunc pro tunc* to May 5, 2015, the date that the answer was filed.  Petitioner shall file a

20   traverse with the Court and serve it on Respondent's counsel no later than **twenty-eight (28) days**

21   from the date Petitioner received the answer.  If Petitioner does not do so, the petition will be

22   deemed submitted and ready for decision on the date the traverse is due.

23
     Dated: May 14, 2015
24                                    _____
                                           YVONNE GONZALEZ ROGERS
25                                          United States District Judge

26

27

28

1