UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FREDRICK DON KILMER,

    Petitioner,

  v.

MARION SPEARMAN, Warden,

    Respondent.

Case No. 11-cv-05560-YGR (PR)

**ORDER DENYING APPLICATION FOR CERTIFICATE OF APPEALABILITY AS PREMATURE**

Petitioner's motion for a certificate of appealability ("COA") is DENIED as premature. Dkt. 62. A COA is granted or denied only when the Court issues a final order disposing of a petition for writ of habeas corpus and enters judgment. *See* 28 U.S.C. § 2253(c)(1). Because Petitioner's habeas petition is pending, his request for a COA is premature. The Court will issue or decline to issue a COA when it rules on Petitioner's habeas petition.

This Order terminates Docket No. 62.

IT IS SO ORDERED.

Dated: December 18, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge