UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDRICK DON KILMER,<br><br>    Petitioner,<br><br>    v.<br><br>MARION SPEARMAN,<br><br>    Respondent. | Case No. 11-cv-05560-YGR<br><br>**JUDGMENT** |

Pursuant to the denial of the petition, judgment is entered in favor of Respondent.

**IT IS SO ORDERED.**

Dated: March 8, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge